# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**HANNAH GRAY WHITT**                                                                          **PLAINTIFF**

**VERSUS**                             **CIVIL ACTION NO.: 1:19-CV-150-GHD-DAS**

**GIBSON CORRUGATED, LLC**                                            **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The above parties having appeared by and through their respective counsel and having announced that this case should be dismissed with prejudice, it is hereby ORDERED that this case be, and the same hereby is, DISMISSED WITH PREJUDICE and CLOSED, with each side to bear its own costs and attorneys' fees.

SO ORDERED on this the 28 day of April, 2020.

_____
SENIOR U.S. DISTRICT COURT JUDGE


AGREED TO BY:

*/s/ Ron L. Woodruff*
RON L. WOODRUFF, ESQ.
*Attorney for Plaintiff*


*/s/ Martin J. Regimbal*
MARTIN J. REGIMBAL, ESQ.
*Attorney for Defendant*